R. JASON READ, State Bar No. 117561
JUNE MONROE, State Bar No. 284763
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
Jason@rjlaw.com
June@rjlaw.com

Attorneys for Plaintiffs
CONTINENTAL SALES CO., et al.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YAKIMA ROCHE FRUIT SALES, LLC,<br>　　　　　Plaintiffs,<br>　　v.<br>RIPTIDE PRODUCE, INC., a corporation; et al.,<br>　　　　　Defendants, | CASE NO.  CV 06-224-ABC (AJWx)<br><br>(Jointly Consolidated With CASE NO. CV 06-880 and CV 06-884 )<br><br>~~[PROPOSED]~~ **RENEWAL OF JUDGMENT BY CLERK** |
| CHIQUITA FRESH NORTH AMERICA, LLC, a corporation,<br>　　　　　Plaintiffs,<br>　　v.<br>RIPTIDE PRODUCE, INC., a corporation; et al.,<br>　　　　　Defendants, | |
| CONTINENTAL SALES CO., etc., et al.<br>　　　　　Plaintiffs,<br>　　v.<br>RIPTIDE PRODUCE, INC., a corporation; et al.,<br>　　　　　Defendants. | |

Renewal of Judgment　　　　　　　　　　1

1   Having read and considered the application of Plaintiffs, in the case entitled *Continental Sales Co, et al. v. Riptide Produce, Inc., et al.*, having subsequent case no. CV-06-884 and jointly consolidated under case no. CV-06-224, for and renewal of judgment, affidavit of June Monroe in support thereof, and good cause appearing therefor,

RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs CONTINENTAL SALES CO., a division of VAL-PRO, INC.; FOWLER PACKING CO., INC.; CAL HARVEST MARKETING, INC.; DAVID OPPENHEIMER & COMPANY 1, LLC; STELLAR DISTRIBUTING, INC.; SUN FRESH INTERNATIONAL, INC.; UNITED DISTRIBUTORS, INC., and J & A INTERNATIONAL, INC. and against Defendants RIPTIDE PRODUCE, INC., STEPHEN J. CHADWICK, and JOSHUA M. CHADWICK, jointly and severally, in the following amounts:

| a. | Total Judgment | | $329,718.62 |
|---|---|---|---|
| | Principal | $305,352.82 | |
| | Interest | $24,365.80 | |
| b. | Costs after judgment | | $154.00 |
| c. | Subtotal | | $329,872.62 |
| d. | Credits after judgment | | $23,491.96 |
| e. | Subtotal | | $306,380.66 |
| f. | Interest after judgment is waived pursuant to stipulation for entry of judgment | | $0.00 |
| g. | Fee for filing renewal application | | $0.00 |
| h. | TOTAL RENEWED JUDGMENT | | $306,380.66 |

DATED: 11/2/16          By:   B. Moss
                                CLERK, U.S. DISTRICT COURT

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953